CLOSED,PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:21−cv−01426−RGA

| | |
|---|---|
| Agilent Technologies, Inc. v. Synthego Corporation | Date Filed: 10/06/2021 |
| Assigned to: Judge Richard G. Andrews | Date Terminated: 01/31/2022 |
| Cause: 35:271 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Agilent Technologies, Inc.**  represented by  **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658−9200
Email: Jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian P. Egan**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302−351−9454
Email: began@mnat.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Synthego Corporation**  represented by  **Brian E. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
(302) 777−0300
Fax: (302) 777−0301
Email: bfarnan@farnanlaw.com
*ATTORNEY TO BE NOTICED*

**Michael J. Farnan**
Farnan LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
302−777−0338
Fax: 302−421−5870
Email: mfarnan@farnanlaw.com

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2021 | Ï 1 | COMPLAINT FOR PATENT INFRINGEMENT filed with Jury Demand against Synthego Corporation – Magistrate Consent Notice to Pltf. ( Filing fee $ 402, receipt number ADEDC−3715715.) – filed by Agilent Technologies, Inc.. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(twk) (Entered: 10/07/2021) |
| 10/06/2021 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (twk) (Entered: 10/07/2021) |
| 10/06/2021 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 10,337,001 B2; 10,900,034 B2. (twk) (Entered: 10/07/2021) |
| 10/06/2021 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Agilent Technologies, Inc.. (twk) (Entered: 10/07/2021) |
| 10/06/2021 | Ï 5 | Summons Issued with Magistrate Consent Notice attached as to Synthego Corporation on 10/7/2021. (twk) (Entered: 10/07/2021) |
| 10/13/2021 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 10/13/2021) |
| 10/13/2021 | Ï 6 | SUMMONS Returned Executed by Agilent Technologies, Inc.. Synthego Corporation served on 10/13/2021, answer due 11/3/2021. (Blumenfeld, Jack) (Entered: 10/13/2021) |
| 10/28/2021 | Ï 7 | STIPULATION and Proposed Order to Extend Time – filed by Agilent Technologies, Inc.. (Blumenfeld, Jack) Modified on 10/28/2021 (nms). (Entered: 10/28/2021) |
| 10/28/2021 | Ï | SO ORDERED, re 7 STIPULATION and Proposed Order to Extend Time (*Reset Answer Deadlines: Synthego Corporation answer due 12/3/2021). Signed by Judge Richard G. Andrews on 10/28/2021. (nms) (Entered: 10/28/2021) |
| 12/03/2021 | Ï 8 | MOTION to Dismiss – filed by Synthego Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Farnan, Michael) Modified on 12/6/2021 (nms). (Entered: 12/03/2021) |
| 12/03/2021 | Ï | Set Answering Brief Deadline re 8 MOTION to Dismiss. Answering Brief/Response due date per Local Rules is 12/17/2021. (nms) (Entered: 12/06/2021) |
| 12/17/2021 | Ï 9 | RESPONSE to 8 MOTION to Dismiss and Cross−Motion to Transfer, filed by Agilent Technologies, Inc.. (Blumenfeld, Jack) Modified on 12/17/2021 (nms). (Entered: 12/17/2021) |
| 12/17/2021 | Ï | CORRECTING ENTRY: D.I. 9 has been recoded to reflect the filing is also a motion. (nms) (Entered: 12/17/2021) |
| 12/17/2021 | Ï | LOCAL RULE 7.1.1 NOTICE: In accordance with Local Rule 7.1.1, except for civil cases involving pro se parties or motions brought by nonparties, every nondispositive motion shall be accompanied by an averment of counsel for the moving party that a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion. Unless otherwise ordered, failure to so aver may result in dismissal of the motion. The records of this case do not reflect such an averment by counsel for DI # 9 . Please file the averment using the event code STATEMENT, found under OTHER DOCUMENTS. (nms) (Entered: 12/17/2021) |
| 12/17/2021 | Ï 10 | 7.1.1 STATEMENT re 9 Cross−Motion to Transfer, by Agilent Technologies, Inc.. (Blumenfeld, Jack) Modified on 12/20/2021 (nms). (Entered: 12/17/2021) |

| | | |
|---|---|---|
| 12/17/2021 | Ï | Set Answering Brief Deadline re 9 Cross–Motion to Transfer. Answering Brief/Response due date per Local Rules is 1/3/2022. (nms) (Entered: 12/20/2021) |
| 12/27/2021 | Ï 11 | Combined Answering and Reply Brief re 9 Cross Motion to Transfer, and 8 MOTION to Dismiss, filed by Synthego Corporation.Reply Brief due date per Local Rules is 1/3/2022. (Farnan, Michael) Modified on 12/27/2021 (nms). (Entered: 12/27/2021) |
| 12/30/2021 | Ï 12 | STIPULATION and Proposed Order to Extend Time – filed by Agilent Technologies, Inc.. (Blumenfeld, Jack) Modified on 1/3/2022 (nms). (Entered: 12/30/2021) |
| 01/03/2022 | Ï | SO ORDERED, re 12 STIPULATION and Proposed Order to Extend Time (*Reset Briefing Schedule: re 9 Cross–Motion to Transfer. Reply Brief due 1/5/2022). Signed by Judge Richard G. Andrews on 1/3/2022. (nms) (Entered: 01/03/2022) |
| 01/05/2022 | Ï 13 | REPLY BRIEF re 9 Cross–Motion to Transfer Case, filed by Agilent Technologies, Inc.. (Blumenfeld, Jack) Modified on 1/6/2022 (nms). (Entered: 01/05/2022) |
| 01/07/2022 | Ï 14 | NOTICE of Appearance by Brian E. Farnan on behalf of Synthego Corporation (Farnan, Brian) (Entered: 01/07/2022) |
| 01/14/2022 | Ï 15 | ORDER TRANSFERRING CASE: The motion to dismiss (D.I. 8 ) is DENIED without prejudice and the motion to transfer (D.I. 9 ) is GRANTED. The case is TRANSFERRED to the United States District Court for the Northern District of California. Signed by Judge Richard G. Andrews on 1/14/2022. (nms) (Entered: 01/14/2022) |
| 01/31/2022 | Ï | Case transferred to the United States District Court for the Northern District of California. (nms) (Entered: 01/31/2022) |